**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN DALY, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | **Case No.** |
| v. | ) ) | |
| FITLIFE BRANDS, INC. d/b/a NUTROLOGY, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT FITLIFE BRANDS, INC.'S RULE 7.1 CORPORATE DISCLOSURE**
**STATEMENT AND RULE 3.2 NOTIFICATION OF AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2,

Defendant FitLife Brands, Inc. d/b/a Nutrology ("FitLife") certifies as follows:

FitLife has no parent corporation and no publicly held corporation owns 10% or more of

its stock. Dayton Judd, an individual, and Sudbury Capital Fund, LP own or control 5% or more

of FitLife. Dayton Judd is the sole general partner of Sudbury Capital Fund, LP.

Dated: February 11, 2022

Respectfully submitted,

*/s/ Kelsey Weyhing*

DENTONS US LLP

Michael Duvall (*pro hac vice to be filed*)
Grant Ankrom (*pro hac vice to be filed*)
Kelsey Weyhing
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
312-876-8000
michael.duvall@dentons.com
grant.ankrom@dentons.com
kelsey.weyhing@dentons.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a copy of the foregoing Rule 7.1 Corporate Disclosure Statement and Rule 3.2 Notification of Affiliates to be served upon the following via U.S. mail and electronic mail on this 11th day of February 2022:

Steven Perry
Law Offices of Todd M. Friedman, P.C.
111 W. Jackson Blvd, Suite 1700
Chicago, Illinois 60604
Phone: (224) 218-0875
steven.perry@toddflaw.com

*/s/ Kelsey Weyhing*
_____