# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Daly
                        Plaintiff,

v.                                               Case No.: 1:22−cv−00762
                                                          Honorable Edmond E. Chang

FitLife Brands, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 22, 2024:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 43, which says that the parties are finalizing the written settlement agreement, and to avoid unnecessary status hearings and to provide time to exchange consideration, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 02/25/2024. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Status hearing of 01/26/2024 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.